Dated: 7/14/2021

Marian F. Harrison
US Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-05494-MH3-13 |
| | ) |
| **Barry Draper Oakley,** | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

**AGREED ORDER DENYING TRUSTEE'S MOTION TO DISALLOW IN PART CLAIM NO. 3**

The Trustee filed a Motion to Disallow in part U.S. Bank Trust, as Trustee (Payee SN Servicing Corporation) Claim No. 3 [DE #23]. Subsequent to the filing of the Trustee's Motion, the Payee amended the claim to resolve the Trustee's Motion. Therefore, as evidenced by the signatures below, the parties agree to entry of the following order:

IT IS HEREBY ORDERED that the Trustee's Motion is denied and that Court's Claim No. 3 is allowed in full, as amended, and, U.S. Bank Trust, as Trustee (Payee SN

Servicing Corporation) waives any attorneys' fees and costs associated with the Trustee's Motion.

IT IS FURTHER ORDERED that U.S. Bank Trust, as Trustee (Payee SN Servicing Corporation) shall indemnify the Trustee and the borrower and any heirs or assigns from and against any claims, liabilities, damages, costs, or expenses, including reasonable attorneys' fees, resulting from a claim by any other person or entity to enforce the note described in Claim No. 3.

IT IS SO ORDERED.

**This order was signed and entered electronically as indicated at the top of the first page.**

Approved for entry:

*/s/Edward D. Russell*
Edward D. Russell
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com


    /s/ Henry E. Hildebrand, III
Henry E. Hildebrand, III
Standing Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
http://www.ch13nsh.com
pleadings@ch13nsh.com

Digitally signed by /s/ Henry E. Hildebrand, III
DN: C=US, CN="/s/ Henry E. Hildebrand, III", E=pleadings@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2021.07.14 10:03:54-05'00'
Foxit PDF Reader Version: 11.0.0

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July 2021, a true and correct copy of the Agreed Order Denying Trustee's Motion to Disallow in Part Claim No. 3 was served by U.S. mail, postage pre-paid, to Barry Draper Oakley, 112 Campbell Pl., La Vergne, TN 37086; James M. George, 1451 Elm Hill Pike, Ste 205, Nashville, TN 37210 (via ECF); Henry Edward Hildebrand, III Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203; and, all parties consenting to such electronic service in this bankruptcy case.

By: /s/Edward D. Russell
    Edward D. Russell

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-bk-05494    Doc 37    Filed 07/15/21    Entered 07/15/21 07:11:04    Desc Main Document    Page 3 of 3